1  [NAMES & ADDRESSES OF COUNSEL APPEAR ON LAST PAGE]
2
3
4
5
6
7
8              IN THE UNITED STATES DISTRICT COURT
9                NORTHERN DISTRICT OF CALIFORNIA
10                   SAN FRANCISCO DIVISION

11  CALIFORNIA SIDE BY SIDE SOCIETY,        ) CASE NO. 3:04-cv-02198-VRW
    CALIFORNIA ASSOCIATION OF               )
12  FIREARMS RETAILERS, FIFTY               ) **STIPULATED DISMISSAL AND ORDER**
    CALIBER SHOOTERS ASSOCIATION,           ) [PROPOSED]
13  DOUBLE GUN JOURNAL, SPORTS              )
    AFIELD, BARRETT FIREARMS                )
14  MANUFACTURING, INC., CALIFORNIA         )
    RIFLE AND PISTOL ASSOCIATION, and       )
15  ERIC WILLIAMS,                          )
                                            )
16          Plaintiffs,                     )
                                            )
17      v.                                  )
                                            )
18  CONTRA COSTA COUNTY, a                  )
    municipality; CONTRA COSTA COUNTY       )
19  BOARD SUPERVISOR JOHN M. GIOIA in       )
    his official capacity; CONTRA COSTA     )
20  COUNTY BOARD SUPERVISOR GAYLE           )
    B. UILKEMA in her official capacity;    )
21  CONTRA COSTA COUNTY BOARD               )
    SUPERVISOR MARK DESAULNIER in           )
22  his official capacity; CONTRA COSTA     )
    COUNTY BOARD SUPERVISOR                 )
23  FEDERAL GLOVER in his official          )
    capacity; CONTRA COSTA COUNTY           )
24  CLERK OF THE BOARD JANE                 )
    PENNINGTON in her official capacity;    )
25  CONTRA COSTA COUNTY SHERIFF             )
    WARREN E. RUPF in his official capacity, )
26                                          )
            Defendants.                     )
27  _____)
28

                            1

WHEREAS:

1. Defendants Contra Costa County ("the County") adopted Ordinance No. 2004-10 ("the Ordinance"), entitled "Large Caliber Firearms - Conveyance Prohibited," on March 23, 2004.

2. Plaintiffs filed a suit against Defendants on June 3, 2004 to invalidate the Ordinance.

3. California Governor Arnold Schwarzeneger signed into law AB50 (Koretz), entitled ".50 Caliber BMG Rifles," on September 13, 2004.

4. The County has repealed the specific ordinance (see attached Exhibit A) that is challenged by this suit. That repeal becomes effective on January 6, 2005.

5. In light of the County's repeal of the ordinance, the parties have reached a settlement of the above-entitled matter.

NOW THEREFORE, IT IS HEREBY STIPULATED by and between the parties to this action, Plaintiffs, CALIFORNIA SIDE BY SIDE SOCIETY, et al., and Defendants, CONTRA COSTA COUNTY, et al., through their designated counsel, as follows:

That this entire action be dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1).

That each party shall bear its own costs and fees.

IT IS SO STIPULATED.

Dated: December 15, 2004                TRUTANICH • MICHEL, LLP:

_C. D. Michel_
C. D. Michel - S.B.N. 144258
Glenn S. McRoberts - S.B.N. 144852
Don B. Kates - S.B.N. 39193
Jason A. Davis - S.B.N. 224250
TRUTANICH • MICHEL, LLP
407 North Harbor Boulevard
San Pedro, CA 90731
Telephone: 310-548-0410
Facsimile: 310-548-4813
Attorneys for Plaintiffs
CALIFORNIA SIDE BY SIDE SOCIETY, et al.

| | | |
|---|---|---|
| 1 | Dated: December 15, 2004 | MORRISON & FOERSTER, LLP: |
| 2 | | |
| 3 | | /S/ Authorized Via Email<br>Alison M. Tucher (CA SBN 171363)<br>Richard S. J. Hung (CA SBN 197425) |
| 4 | | Mathew I. Hall (CA SBN 208431)<br>MORRISON & FOERSTER, LLP |
| 5 | | 425 Market Street<br>San Francisco, CA 94105-2482 |
| 6 | | Telephone: (415) 268-7000<br>Fax: (415) 268-7522 |
| 7 | | |
| 8 | | Silvano B. Marchesi (CA SBN 42965)<br>County Counsel |
| 9 | | Thomas L. Geiger (CA SBN 199729)<br>Deputy County Cousel |
| 10 | | COUNTY OF CONTRA COSTA<br>Administration Building |
| 11 | | 651 Pine Street, 9th Floor<br>Martinez, CA 94553-1229 |
| 12 | | Telephone: (925) 335-1800<br>Facsimile: (925) 335-1076 |
| 13 | | Attorney for Defendants<br>CONTRA COSTA COUNTY, et al. |
| 14 | | |
| 15 | IT IS SO ORDERED. | |
| 16 | Dated: 2004 | |
| 17 | | |
| 18 | | [signature] |
| 19 | | U.S. District Court Judge |

# EXHIBIT A

ORDINANCE NO. 2004-43

LARGE CALIBER FIREARMS – CONVEYANCE

The Contra Costa County Board of Supervisors ordains as follows (omitting the parenthetical footnotes from the official text of the enacted or amended provisions of the County Ordinance Code):

**SECTION I.** Chapter 54-22 of the County Ordinance Code is rescinded in its entirety.

**SECTION II. EFFECTIVE DATE.** This ordinance becomes effective 30 days after passage, and within 15 days after passage shall be published once with the names of supervisors voting for or against it in the Contra Costa Times, a newspaper published in this County.

PASSED on _Dec. 7 2004_, by the following vote:

AYES: _Supervisors Gioia, Uilkema, Greenberg, Desaulnier and Glover_
NOES: _None_
ABSENT: _None_
ABSTAIN: _None_

ATTEST: JOHN SWEETEN,
    Clerk of the Board of Supervisors
    and County Administrator

Board Chair

By: _____ [SEAL]
    Deputy

TLG:
H:\2004\Board of Supervisors\50 cal\50 cal rescind ord.wpd

ORDINANCE NO. 2004-43
1

# PROOF OF SERVICE

STATE OF CALIFORNIA

COUNTY OF LOS ANGELES

    I, Claudia Ayala, declare: That I am employed in the City of San Pedro, Los Angeles County, California. I am over the age eighteen (18) years and am not a party to the within action. My business address is 407 North Harbor Boulevard, San Pedro, California 90731.

    On December 15, 2004, I filed and served the foregoing document(s) described as **STIPULATED DISMISSAL AND ORDER [PROPOSED]** on the interested parties in this action in compliance with General Order 45, Section IX, as follows:

Alison Margaret Tucher
Morrison & Foerster, LLP
425 Market St.
San Francisco, CA 94105
Email: atucher@mofo.com

Richard S. Hung
Morrison & Foerster, LLP
425 Market St.
San Francisco, CA 94105
Email: rhung@mofo.com

    I declare under penalty that the foregoing is true and correct. Executed this 15th day of December, 2004 at San Pedro, California.

*Claudia Ayala*
CLAUDIA AYALA

4